UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HUDSON, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., an Ohio corporation, SIGNET JEWELERS LIMITED; a foreign corporation, and Does 1 through 30, inclusive;<br><br>Defendants. | Case No. 17-cv-09301 DSF (JEMx)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER: (1) CONDITIONALLY CERTIFYING THE SETTLEMENT CLASS; (2) PRELIMINARILY APPROVING THE CLASS ACTION SETTLEMENT; (3) APPROVING CLASS ACTION SETTLEMENT NOTICE; (4) APPOINTING CLASS COUNSEL AND CLASS REPRESENTATIVE; AND, (5) SETTING A FINAL APPROVAL HEARING** |

Plaintiff LARRY HUDSON's motion for an order: (1) conditionally certifying a settlement class; (2) preliminarily approving the class action settlement reached between the parties; (3) approving the notice of class action settlement; (4) appointing class counsel and class representative; and (5) setting the final approval hearing (the "Motion for Preliminary Approval"), came on for hearing on September 30, 2019 at 1:30 p.m. in Courtroom 7D of the above-captioned court, the Honorable Dale S. Fischer, Judge presiding. Shadie L. Berenji, Esq. of Berenji Law Firm, APC, appeared on behalf of Plaintiff and the class. Tim L. Johnson, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., appeared on behalf of Defendants STERLING JEWELERS, INC. and SIGNET JEWELERS LIMITED.

The Court now ORDERS:

1. The Motion for Preliminary Approval is GRANTED and the parties' Joint Stipulation of Class Action Settlement (the Settlement) is preliminarily approved;

2. This Order incorporates by reference the definitions in the Settlement and all terms defined in the Settlement have the same meaning in this Order;

3. The class is preliminarily certified for settlement purposes only. Should the settlement not become final, the fact that the Parties were willing to stipulate to class certification as part of the Settlement shall have no bearing on, nor be admissible in connection with, the issue of whether a class should be certified in a non-settlement context;

4. The class action settlement contemplated by the Settlement is preliminarily approved based on the terms set forth in the Settlement. The class-action settlement appears to be fair, adequate, and reasonable to the class. The class action settlement contemplated by the Settlement falls within the range of

reasonableness and appears to be presumptively valid, subject to any objections that may be raised at the final approval hearing before this Court. The preliminary approval of the class action settlement and the parties' Settlement includes the approval for purposes of the settlement: Shadie L. Berenji, Esq. of the Berenji Law Firm, APC, as Class Counsel; Larry Hudson as Class Representative; and CPT Group, Inc. as the Settlement Administrator. Class Counsel is authorized to act on behalf of the class with respect to all acts or consents required by or which may be given pursuant to the Settlement and the class action settlement contemplated by the Settlement, and such other acts reasonably necessary to consummate the Settlement. The Settlement Administrator is authorized to perform such acts as set forth in this Order and the Settlement.

5. The Notice of Proposed Class Action Settlement and Hearing Date for Court Approval in the form attached to the Supplemental Declaration of Shadie L. Berenji in Support of Plaintiff's Unopposed Motion for an Order: (1) Conditionally Certifying the Settlement Class; (2) Preliminarily Approving the Class Action Settlement; (3) Approving Class Action Settlement Notice; (4) Appointing Class Counsel and Class Representative; and (5) Setting a Final Approval Hearing as Exhibit 1 and the Opt-Out form in the form attached to the Settlement as Exhibit 2 (collectively, Notice Packet) is approved as to form and content.

6. The Notice Packet shall be sent by first class mail to the class in accordance with the schedule set forth below. The dates selected for the mailing and distribution of the Notice Packet as set forth below meet the requirements of due process and provide the best notice practicable under the circumstances and constitute due and sufficient notice to all persons entitled to Notice.

7. The Court orders the following schedule for further proceedings:

a. Deadline for Defendants to provide class list to CPT Group: October 25, 2019 (or not later than 14 calendar days after Preliminary Approval, if later).

b. Deadline for CPT Group, Inc. to mail the Notice Packet: November 4, 2019 (or not later than 10 days after receipt of Class List, if later).

c. Deadline for Class Members to file objections with or submit Opt-Out forms to CPT Group, Inc.: December 19, 2019 (or not later than 45 days after the Settlement Administrator mails the Notice Packets to the Class Members).

d. Deadline for Class Counsel to file a Motion for Final Approval and Motion for Attorneys' Fees: December 30, 2019.

e. Final Settlement Approval Hearing: January 27, 2020 at 1:30 p.m.  The date and time of the Final Settlement Approval Hearing can change without notice.

IT IS SO ORDERED.

Date: October 8, 2019

_____
Dale S. Fischer
United States District Judge