**SHADIE L. BERENJI (SBN 235021)**
Email: berenji@employeejustice.law
**BERENJI LAW FIRM, APC**
8383 Wilshire Blvd., Suite 708
Beverly Hills, California 90211
Telephone: (310) 855-3270
Facsimile: (310) 855-3751

Attorneys for Plaintiff
LARRY HUDSON, individually and
on behalf of all other persons similarly
situated, and on behalf of the
general public

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HUDSON, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., an Ohio corporation, SIGNET JEWELERS LIMITED; a foreign corporation, and Does 1 through 30, inclusive;<br><br>Defendants. | Case No. 2:17-cv-09301-DSF-JEM<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    January 27, 2020<br>Time:    1:30 p.m.<br>Courtroom: 7D |

PLEASE TAKE NOTICE that on January 27, 2020 at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 7D of the United States Courthouse, located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff LARRY HUDSON ("Plaintiff"), individually and on behalf of all other persons similarly situated, and on behalf of the general public, will move and hereby does move this Court for an order of final approval of the class action settlement,

1

PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

which will accomplish the following: certify the class for settlement purposes; approve the class action settlement embodied in the Joint Stipulation of Class Action Settlement ("Settlement"); confirm Larry Hudson as class representative; approve the California Private Attorneys General Act of 2004 ("PAGA") penalties and payment to the California Labor and Workforce Development Agency ("LWDA"); approve the costs of settlement administration to the settlement administrator, CPT Group, Inc.; and enter judgment approving the class action settlement.

    This notice of motion and motion is based on the fact that this is a fair and reasonable settlement that benefits the class and was the product of informed, non-collusive negotiations by the parties, who were represented by experienced and able counsel.

    This notice of motion and motion is also based on this notice, the parties' Joint Stipulation of Class Action Settlement, the accompanying memorandum of points and authorities, the declaration of Shadie L. Berenji, the pleadings, records, and files in this case, and such other further oral and documentary evidence which may be submitted at or before the hearing on this motion.

| DATE: December 30, 2019 | **BERENJI LAW FIRM, APC** |
|---|---|
| By: | /s/ Shadie L. Berenji |
| | SHADIE L. BERENJI<br>Attorneys for Plaintiff<br>LARRY HUDSON, individually and on behalf of all other persons similarly situated and the general public |