UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HUDSON, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>              v.<br><br>STERLING JEWELERS INC., an Ohio corporation, SIGNET JEWELERS LIMITED; a foreign corporation, and Does 1 through 30, inclusive;<br><br>    Defendants. | Case No. 2:17-cv-09301-DSF (JEMx)<br><br>**JUDGMENT** |

Having granted final approval of the Joint Stipulation of Class Action Settlement between Plaintiff Larry Hudson and Defendants Sterling Jewelers, Inc. and Signet Jewelers Limited as set forth in the Court's Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement,

The Court ORDERS, ADJUDGES, AND DECREES that Judgment is entered in accordance with the Court's Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and the Parties' Joint Stipulation of Class Action Settlement.

DATED: February 18, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE